UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HESSER SAVIER DOMINGUEZ LINARES,

Petitioner,

v. Case No.: 2:26-cv-02532-SPC-NPM

WARDEN, GLADES COUNTY DETENTION CENTER *et al.*,

Respondents.

______________________________/

**OPINION AND ORDER**

Before the Court are Hesser Savier Dominguez Linares's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 3).

Dominguez Linares, a noncitizen in immigration detention, sought habeas relief from this Court in *Dominguez Linares v. Garrett Ripa*, M.D. Fla. Case No. 2:26-cv-1478-JES-NPM. He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing. Senior U.S. District Judge John Steele agreed and ordered the respondents to either bring Dominguez Linares before an immigration judge for a bond hearing or release him from custody.

On May 26, 2026, an immigration judge found Dominguez Linares to be a flight risk and denied release on bond. (Doc. 3-1 at 9). Dominguez Linares

argues the immigration judge should have relied on more favorable evidence, like his connections to the community and his past compliance with immigration requirements. But the proper way to challenge the result of a bond hearing is appeal to the BIA. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Dominguez Linares's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on September 30, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record